UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

Hearing Date: July 25, 2023
Hearing Time: 9:30 a.m.
Hearing Location: Utica

IN RE:

MICHAEL COON

Chapter 13
Case No. 19-60846

Debtor.

**NOTICE OF MOTION FOR AN ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §1329**

PLEASE TAKE NOTICE, that Michael Coon (the "Debtor"), by and through his attorneys, O'Connor, O'Connor, Bresee & First, P.C. (Michael J. O'Connor, Esq.), has filed a motion with the Court pursuant to 11 U.S.C. §1329 (the "Motion") for an order modifying his previously-confirmed Chapter 13 Plan (the "Plan") to make a lump sum payment in the amount of $19,500.00 to fully fund the Plan; and a hearing on the Motion will be held on July 25, 2023 at 9:30 a.m. in the forenoon, or as soon thereafter as counsel may be heard, via AT&T Teleconference. Meeting # (877) 411-9748. Access Code: 3229032#. Parties MUST call in five minutes prior to the hearing.

PLEASE TAKE FURTHER NOTICE, that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

PLEASE TAKE FURTHER NOTICE, that copies of the Motion and documents supporting the Motion, if any, may be obtained by sending a written request to the undersigned or by contacting the Clerk of the U.S. Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Room 327, Albany, New York, 12201 (Phone No. 518-257-1661) or by accessing the U.S. Bankruptcy Court's Case Management-Electronic Case Files system at *https://ecf.nynb.uscourts.gov*.

PLEASE TAKE FURTHER NOTICE, PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE

BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

    PLEASE TAKE FURTHER NOTICE, that if you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the requested relief.

DATED: June 29, 2023

O'CONNOR, O'CONNOR, BRESEE & FIRST, PC

/s/ *Michael J. O'Connor*
Michael J. O'Connor
Attorneys for the Debtor
20 Corporate Woods Boulevard
Albany, NY 12211
Telephone (518) 465-0400